# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand twenty-four,

Team Kennedy, American Values 2024, Jeffrey Rose,

    Plaintiff - Appellants,

v.

Henry T. Berger, in his official capacity as the Co-Chair of the New York State Board of Elections, Peter S. Kosinski, in his official capacity as the Co-Chair of the New York State Board of Elections, Essma Bagnuola, in her official capacity as a Commissioner of the New York State Board of Elections, Anthony J. Cassale, in his official capacity as a Commissioner of the New York State Board of Elections, Kristen Zebrowski Stavisky, in her official capacity as Co-Executive Director of the New York State Board of Elections, Letitia James, in her official capacity as the Attorney General of the state of New York, Raymond J. Riley III, in his official capacity as Co?Executive Director of the New York State Board of Elections,

    Defendants - Appellees.

**ORDER**
Docket No. 24-2385

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court