**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: October 8, 2024<br>Docket #: 24-2385<br>Short Title: Team Kennedy v. Berger | DC Docket #: 1:24-cv-3897<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Andrew L. Carter |

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.